UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. Waite

    v.                                            Case No. 21-cv-397-LM

Faulkner et al

## ORDER

After due consideration of the objection filed, I herewith approve: (1) the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 29, 2021; and (2) the Supplemental Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 7, 2022.

_____
Landya B. McCafferty
Chief Judge

Date: May 4, 2022

cc:  Richard A. Waite, pro se